Arturo **LANDA–ROMERO,** Petitioner,

v.

Eric H. **HOLDER,** Jr., Attorney General, Respondent.

No. 09–71884.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2011.*

Filed April 27, 2011.

Arturo Landa–Romero, Santa Ana, CA, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

OIL, Tracey McDonald, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

## MEMORANDUM [**]

Arturo Landa–Romero, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reissue its previous decision dismissing his appeal. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Hernandez–Velasquez v. Holder*, 611 F.3d 1073, 1077 (9th Cir.2010). We grant the petition for review.

The BIA abused its discretion in denying Landa–Romero's motion to reissue where it failed to address Landa–Romero's evidence that he did not receive the BIA's August 21, 2008, order dismissing his appeal. *See id.* (BIA must consider the "weight and consequences" of petitioner's evidence of non-receipt).

**PETITION FOR REVIEW GRANTED; REMANDED.**

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).